**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

In re: MAPLE RIDGE FARMING COMPANY, LLC § § § §   Case No. 5:16-bk-10472-T

   Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Renee S. Williams, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $34,800.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $457,282.93 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $202,257.30 | | |

3) Total gross receipts of $659,540.23 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $659,540.23 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,990,360.54 | $1,805,434.99 | $1,660,074.07 | $457,282.93 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $192,588.75 | $202,257.30 | $202,257.30 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $7,992,261.89 | $3,915,386.88 | $3,465,344.33 | $0.00 |
| **TOTAL DISBURSEMENTS** | $9,982,622.43 | $5,913,410.62 | $5,327,675.70 | $659,540.23 |

4) This case was originally filed under chapter 7 on 01/29/2016. The case was pending for 37 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/27/2019   By: /s/ Renee S. Williams
                        Trustee, Bar No.: 83-182

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2622 Sweeney Road | 1210-000 | $250,000.00 |
| 2204 Meadowpond | 1210-000 | $150,000.00 |
| 2786 Nestlewood | 1210-000 | $250,000.00 |
| Fraudulent Transfer Action | 1141-000 | $40.23 |
| 2004 Chevrolet 3500 | 1229-000 | $4,000.00 |
| Rent | 1222-000 | $5,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$659,540.23** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pine Bluff Title | 4700-000 | NA | $6,939.00 | $6,939.00 | $6,939.00 |
| | Pine Bluff Title | 4700-000 | NA | $2,025.39 | $2,025.39 | $2,025.39 |
| | Pine Bluff Title | 4700-000 | NA | $7,959.24 | $7,959.24 | $7,959.24 |
| 1 | AgCountry Farm Credit Services, PCA | 4120-000 | $904,508.01 | $501,645.74 | $501,645.74 | $35,085.50 |
| 32 | Farm Brothers Flyers A, LLC | 4120-000 | $98,374.89 | $110,492.82 | $110,492.82 | $7,727.95 |
| 34 | Scott Petroleum Corporation c/o Bridges, Young, Matthews | 4120-000 | $435,382.07 | $495,360.92 | $350,000.00 | $350,000.00 |
| 35 | Crop Production Services, Inc c/o Dulan D. Elder | 4120-000 | $552,095.57 | $679,801.61 | $679,801.61 | $47,545.85 |
| 36 | Arkansas Department of Finance and Admin. | 4220-000 | NA | $1,210.27 | $1,210.27 | $0.00 |
| N/F | Ally Financial | 4110-000 | $0.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$1,990,360.54** | **$1,805,434.99** | **$1,660,074.07** | **$457,282.93** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Renee S. Williams | 2100-000 | NA | $36,227.01 | $36,227.01 | $36,227.01 |
| Trustee, Expenses - Renee S. Williams | 2200-000 | NA | $3,521.00 | $3,521.00 | $3,521.00 |
| Attorney for Trustee Fees - Renee S. Williams | 3110-000 | NA | $6,902.50 | $6,902.50 | $6,902.50 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $878.00 | $878.00 | $878.00 |
| Bond Payments - Renee S. Williams | 2300-000 | NA | $0.00 | $277.72 | $277.72 |
| Costs to Secure/Maintain Property - Trustee Insurance Agency | 2420-000 | NA | $0.00 | $1,550.88 | $1,550.88 |
| Costs re Sale of Property - Pine Bluff Title | 2500-000 | NA | $5,129.01 | $5,129.01 | $5,129.01 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $7,954.25 | $7,954.25 | $7,954.25 |
| Other State or Local Taxes (post-petition) - Pine Bluff Title | 2820-000 | NA | $5,602.23 | $5,602.23 | $5,602.23 |
| Special Counsel for Trustee Fees - Streetman, Meeks & Gibson PLLC | 3210-600 | NA | $86,518.75 | $86,518.75 | $86,518.75 |
| Special Counsel for Trustee Expenses - Streetman, Meeks & Gibson PLLC | 3220-610 | NA | $0.00 | $7,839.95 | $7,839.95 |
| Accountant for Trustee Fees (Other Firm) - Tom Ed Simmons | 3410-000 | NA | $300.00 | $300.00 | $300.00 |
| Realtor for Trustee Fees (Real Estate Commissions) - Pine Bluff Title | 3510-000 | NA | $39,000.00 | $39,000.00 | $39,000.00 |
| Other Professional Fees - Frank S. Hamlin | 3991-000 | NA | $556.00 | $556.00 | $556.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $192,588.75 | $202,257.30 | $202,257.30 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Internal Revenue Service 700 W. Capitol Ave Little Rock, AR | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Jefferson County Tax Collector | 5600-000 | $0.00 | NA | NA | NA |
| N/F | State of Arkansas DF&A P. O. Box 8090 Little Rock, AR 72203- | 5600-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Wells Fargo Equipment c/o Hilburn, Calhoon, Harper | 7100-000 | $112,640.59 | $127,086.12 | $127,086.12 | $0.00 |
| 3 | Grand Prairie Accounts Mgmt | 7100-000 | $1,408.54 | $1,497.54 | $1,497.54 | $0.00 |
| 4 | Woodruff Electric | 7100-000 | $9,178.09 | $8,860.03 | $0.00 | $0.00 |
| 5 | Mid-South Sales, Inc. c/o Walker & Hickey | 7100-000 | $23,869.53 | $30,588.78 | $30,588.78 | $0.00 |
| 6 | Ally Financial | 7100-000 | $15,510.00 | $15,509.81 | $15,509.81 | $0.00 |
| 7 | Ally Financial | 7100-000 | $27,155.00 | $27,154.64 | $27,154.64 | $0.00 |
| 8 | DLL Finance LLC | 7100-000 | NA | $3,029.59 | $3,029.59 | $0.00 |
| 9 | DLL Finance LLC | 7100-000 | NA | $10,990.10 | $10,990.10 | $0.00 |
| 10 | DLL Finance LLC | 7100-000 | NA | $4,867.50 | $4,867.50 | $0.00 |
| 11 | DLL Finance LLC | 7100-000 | NA | $64,715.35 | $64,715.35 | $0.00 |
| 12 | DLL Finance LLC | 7100-000 | NA | $243,977.40 | $243,977.40 | $0.00 |
| 13 | DLL Finance LLC | 7100-000 | NA | $14,322.12 | $14,322.12 | $0.00 |
| 14 | DLL Finance LLC | 7100-000 | NA | $26,128.73 | $26,128.73 | $0.00 |
| 15 | DLL Finance LLC | 7100-000 | NA | $18,258.94 | $18,258.94 | $0.00 |
| 16 | DLL Finance LLC | 7100-000 | NA | $9,051.10 | $9,051.10 | $0.00 |
| 17 | Ally Bank | 7100-000 | $6,635.00 | $7,249.92 | $7,249.92 | $0.00 |
| 18 | DLL Finance LLC | 7100-000 | NA | $90,391.40 | $90,391.40 | $0.00 |
| 19 | DLL Finance LLC | 7100-000 | NA | $10,284.62 | $10,284.62 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | DLL Finance LLC | 7100-000 | NA | $23,110.21 | $23,110.21 | $0.00 |
| 21 | DLL Finance LLC | 7100-000 | NA | $38,008.88 | $38,008.88 | $0.00 |
| 22 | DLL Finance LLC | 7100-000 | NA | $42,393.81 | $42,393.81 | $0.00 |
| 23 | Farm Credit Leasing Services Corp. | 7100-000 | $200,653.17 | $441,182.52 | $0.00 | $0.00 |
| 24 | Ally Bank | 7100-000 | $11,865.00 | $11,864.92 | $11,864.92 | $0.00 |
| 25 | CATERPILLAR FINANCIAL SERVICES CORPORATION | 7100-000 | $43,857.78 | $43,857.78 | $43,857.78 | $0.00 |
| 26 | AGCO Finance LLC | 7100-000 | NA | $599.43 | $599.43 | $0.00 |
| 27 | United Rentals Inc | 7100-000 | $13,446.97 | $12,631.16 | $12,631.16 | $0.00 |
| 28 | Wells Fargo Financial Leasing, Inc. | 7100-000 | $733,934.31 | $430,543.09 | $430,543.09 | $0.00 |
| 29 | WTG Fuels Inc | 7100-000 | $5,527.79 | $5,527.79 | $5,527.79 | $0.00 |
| 30 | Dowdy & Whittaker, CPA | 7100-000 | $3,498.63 | $4,233.41 | $4,233.41 | $0.00 |
| 31 | Monsanto Company | 7100-000 | $768,328.96 | $790,439.19 | $790,439.19 | $0.00 |
| 33 | Balboa Capital | 7100-000 | $165,161.94 | $38,739.77 | $38,739.77 | $0.00 |
| 37 | DEERE & COMPANY | 7200-000 | NA | $80,349.62 | $80,349.62 | $0.00 |
| 38 | DEERE & COMPANY | 7200-000 | NA | $80,533.76 | $80,533.76 | $0.00 |
| 39 | DEERE & COMPANY | 7200-000 | NA | $67,419.89 | $67,419.89 | $0.00 |
| 40 | DEERE & COMPANY | 7200-000 | NA | $20,409.56 | $20,409.56 | $0.00 |
| 41 | DEERE & COMPANY | 7200-000 | NA | $114,242.83 | $114,242.83 | $0.00 |
| 42 | DEERE & COMPANY | 7200-000 | NA | $97,186.37 | $97,186.37 | $0.00 |
| 43 | DEERE & COMPANY | 7200-000 | NA | $98,934.50 | $98,934.50 | $0.00 |
| 44 | DEERE & COMPANY | 7200-000 | NA | $289,770.67 | $289,770.67 | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | DEERE & COMPANY | 7200-000 | NA | $5,859.33 | $5,859.33 | $0.00 |
| 46 | DEERE & COMPANY | 7200-000 | NA | $44,827.23 | $44,827.23 | $0.00 |
| 47 | DEERE & COMPANY | 7200-000 | NA | $38,617.54 | $38,617.54 | $0.00 |
| 48 | DEERE & COMPANY | 7200-000 | NA | $74,512.00 | $74,512.00 | $0.00 |
| 49 | DEERE & COMPANY | 7200-000 | NA | $82,023.80 | $82,023.80 | $0.00 |
| 50 | DEERE & COMPANY | 7200-000 | NA | $76,201.70 | $76,201.70 | $0.00 |
| 51 | DEERE & COMPANY | 7200-000 | NA | $68,485.46 | $68,485.46 | $0.00 |
| 52 | DEERE & COMPANY | 7200-000 | NA | $78,916.97 | $78,916.97 | $0.00 |
| N/F | AR Welding and Industrial Supp | 7100-000 | $327.04 | NA | NA | NA |
| N/F | Ag-Pro Companies | 7100-000 | $300,000.00 | NA | NA | NA |
| N/F | AgDirect | 7100-000 | $56,013.92 | NA | NA | NA |
| N/F | Agricredit Acceptance | 7100-000 | $313,009.93 | NA | NA | NA |
| N/F | Allen County Farmers Svc 512 Smith Grove | 7100-000 | $77,740.20 | NA | NA | NA |
| N/F | Alliance Irrigation Dalhart LP | 7100-000 | $8,695.78 | NA | NA | NA |
| N/F | Ally Financial | 7100-000 | $5,677.00 | NA | NA | NA |
| N/F | Ally Financial | 7100-000 | $66,704.00 | NA | NA | NA |
| N/F | BB&T | 7100-000 | $118.81 | NA | NA | NA |
| N/F | BlueLine Rental | 7100-000 | $20,595.44 | NA | NA | NA |
| N/F | Bobby Henard Tire Inc. P O Box 608 | 7100-000 | $1,773.15 | NA | NA | NA |
| N/F | CNH Industrial | 7100-000 | $236,710.68 | NA | NA | NA |
| N/F | Carson Engine & Supply 11701 Co Rd 28 Dalhart, TX 79022 | 7100-000 | $23,777.26 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Centerpoint Energy | 7100-000 | $1,512.93 | NA | NA | NA |
| N/F | CoBank | 7100-000 | $105,823.43 | NA | NA | NA |
| N/F | Columbia Insurance Group | 7100-000 | $15,741.98 | NA | NA | NA |
| N/F | Des Arc Auto | 7100-000 | $855.81 | NA | NA | NA |
| N/F | Dickey Machine Works 2409 McFadden Rd | 7100-000 | $12,007.20 | NA | NA | NA |
| N/F | Direct TV | 7100-000 | $173.98 | NA | NA | NA |
| N/F | Dover Survaying | 7100-000 | $1,800.00 | NA | NA | NA |
| N/F | East Prairie Co Public Water | 7100-000 | $1,209.07 | NA | NA | NA |
| N/F | Ellis Aviation | 7100-000 | $19,995.00 | NA | NA | NA |
| N/F | Etter Water Well | 7100-000 | $9,890.00 | NA | NA | NA |
| N/F | Farm Credit/agdirect | 7100-000 | $30,848.00 | NA | NA | NA |
| N/F | Fc Midamer | 7100-000 | $9,910.00 | NA | NA | NA |
| N/F | Flowers Construction Co. | 7100-000 | $437.32 | NA | NA | NA |
| N/F | Fountain Leasing | 7100-000 | $2,135.79 | NA | NA | NA |
| N/F | Grand Prairie Accounts Mgmt | 7100-000 | $1,366.14 | NA | NA | NA |
| N/F | Green County Equipment | 7100-000 | $16,617.50 | NA | NA | NA |
| N/F | Hall Oxygen | 7100-000 | $15.14 | NA | NA | NA |
| N/F | Irrigation Finance | 7100-000 | $38,505.42 | NA | NA | NA |
| N/F | John Deere Credit | 7100-000 | $344,492.10 | NA | NA | NA |
| N/F | Kittler Construction | 7100-000 | $6,433.22 | NA | NA | NA |
| N/F | Kubota Credit Corp | 7100-000 | $7,629.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Lawson Products | 7100-000 | $5,643.56 | NA | NA | NA |
| N/F | Long Lake Irrigation | 7100-000 | $4,341.09 | NA | NA | NA |
| N/F | MFA Inc | 7100-000 | $30,377.42 | NA | NA | NA |
| N/F | Machinery Link | 7100-000 | $15,000.00 | NA | NA | NA |
| N/F | Mannco Environmental Services | 7100-000 | $250,000.00 | NA | NA | NA |
| N/F | McCarthy | 7100-000 | $990.00 | NA | NA | NA |
| N/F | Northland Capital Financial Sv | 7100-000 | $830,648.97 | NA | NA | NA |
| N/F | Northland Capital Financial Sv | 7100-000 | $19,160.88 | NA | NA | NA |
| N/F | O'Reilly Automotive | 7100-000 | $216.83 | NA | NA | NA |
| N/F | PHI Financial Services | 7100-000 | $114,184.78 | NA | NA | NA |
| N/F | Paccar Financial | 7100-000 | $79,847.77 | NA | NA | NA |
| N/F | Parker Hurst & Burnett | 7100-000 | $599,529.75 | NA | NA | NA |
| N/F | Penn Credit | 7100-000 | $138.75 | NA | NA | NA |
| N/F | Petrus | 7100-000 | $1,137.51 | NA | NA | NA |
| N/F | Pine Bluff Cable | 7100-000 | $165.72 | NA | NA | NA |
| N/F | Pine Bluff Sand & Gravel | 7100-000 | $4,700.82 | NA | NA | NA |
| N/F | Pine Bluff Truck and Trailer | 7100-000 | $1,276.47 | NA | NA | NA |
| N/F | PivoTrac Monitoring | 7100-000 | $5,565.00 | NA | NA | NA |
| N/F | Receivables Fin Assoc | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Riggs CAT | 7100-000 | $659.58 | NA | NA | NA |
| N/F | Roberts Brothers | 7100-000 | $6,466.47 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | S Central Bk | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Sanner Oil Company | 7100-000 | $33,834.58 | NA | NA | NA |
| N/F | Sheffield Fn | 7100-000 | $5,995.00 | NA | NA | NA |
| N/F | South Arkansas Bus Solutions | 7100-000 | $97.11 | NA | NA | NA |
| N/F | Stearns Bank | 7100-000 | $178,767.70 | NA | NA | NA |
| N/F | Stine Seed Farm | 7100-000 | $717,929.54 | NA | NA | NA |
| N/F | Syncb/sams Club | 7100-000 | $0.00 | NA | NA | NA |
| N/F | TCF National Bank | 7100-000 | $632,907.15 | NA | NA | NA |
| N/F | Volvo Rents | 7100-000 | $17,089.25 | NA | NA | NA |
| N/F | WBM LLC | 7100-000 | $86,251.37 | NA | NA | NA |
| N/F | Wallwork Financial Corp | 7100-000 | $26,678.58 | NA | NA | NA |
| N/F | Waste Management | 7100-000 | $264.18 | NA | NA | NA |
| N/F | Wesford Farm Credit | 7100-000 | $441,182.52 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$7,992,261.89** | **$3,915,386.88** | **$3,465,344.33** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 5:16-bk-10472-T  
Case Name: MAPLE RIDGE FARMING COMPANY, LLC  
For Period Ending: 02/27/2019

Trustee Name: (250080) Renee S. Williams  
Date Filed (f) or Converted (c): 01/29/2016 (f)  
§ 341(a) Meeting Date: 03/21/2016  
Claims Bar Date: 07/27/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2015 Chevrolet 4wd Crew Cab Pickup<br>VIN #1GC1KWE86FF131018 | 34,800.00 | 0.00 | | 0.00 | FA |
| 2 | Fraudulent Transfer Action<br>Against Jonathan Williams, Jason Towe and James Towe<br>See assets 5, 6 and 7 | Unknown | 650,000.00 | | 40.23 | FA |
| 3 | 2004 Chevrolet 3500 (u) | 0.00 | 5,700.00 | | 4,000.00 | FA |
| 4 | Rent (u) | 4,250.00 | 4,250.00 | | 5,500.00 | FA |
| 5 | 2622 Sweeney Road (u) | 0.00 | 250,000.00 | | 250,000.00 | FA |
| 6 | 2786 Nestlewood (u) | 0.00 | 320,000.00 | | 250,000.00 | FA |
| 7 | 2204 Meadowpond (u) | 0.00 | 150,000.00 | | 150,000.00 | FA |
| 7 | **Assets Totals (Excluding unknown values)** | **$39,050.00** | **$1,379,950.00** | | **$659,540.23** | **$0.00** |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR): 12/31/2017   Current Projected Date Of Final Report (TFR): 12/13/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 5:16-bk-10472-T | Trustee Name: | Renee S. Williams (250080) |
|---|---|---|---|
| Case Name: | MAPLE RIDGE FARMING COMPANY, LLC | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******8100 Checking |
| Taxpayer ID #: | **-***6802 | Blanket Bond (per case limit): | $60,956,170.00 |
| For Period Ending: | 02/27/2019 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/06/16 | {3} | M Randy Rice, Trustee | 2004 Chevrolet | 1229-000 | 4,000.00 | | 4,000.00 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,990.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,980.00 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,970.00 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,960.00 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,950.00 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,940.00 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,930.00 |
| 05/08/17 | 101 | Frank S. Hamlin | Mediation Fee | 3991-000 | | 556.00 | 3,374.00 |
| 05/22/17 | 102 | Trustee Insurance Agency | Insurance coverage on 2622 Sweeney Road, White Hall, AR Doc # 58 | 2420-000 | | 761.52 | 2,612.48 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,602.48 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,592.48 |
| 07/14/17 | {4} | Jason & Lydia Towe | Rent 2786 Nestlewood | 1222-000 | 1,500.00 | | 4,092.48 |
| 07/14/17 | {4} | James & Lynzie Towe | Rent Meadow Pond | 1222-000 | 1,250.00 | | 5,342.48 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,332.48 |
| 08/17/17 | {4} | James & Lynzie Towe | Rent | 1222-000 | 1,250.00 | | 6,582.48 |
| 08/23/17 | {4} | Jason & Lydia Towe | Rent 2786 Nestlewood | 1222-000 | 1,500.00 | | 8,082.48 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 8,072.48 |
| 09/08/17 | 103 | Trustee Insurance Agency | Insurance coverage on 2204 Meadowpond Trail, White Hall, AR Doc # 68 | 2420-000 | | 789.36 | 7,283.12 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.61 | 7,272.51 |
| 10/27/17 | | Pine Bluff Title | 2622 Sweeney Road. Report of Sale Doc 82 | | 224,237.15 | | 231,509.66 |
| | {5} | Pine Bluff Title | Sale of 2622 Sweeney Road $250,000.00 | 1210-000 | | | 231,509.66 |
| | | | County Taxes 2017 -$1,181.42 | 2820-000 | | | 231,509.66 |

Page Subtotals: $233,737.15 $2,227.49

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 5:16-bk-10472-T | Trustee Name: | Renee S. Williams (250080) |
|---|---|---|---|
| Case Name: | MAPLE RIDGE FARMING COMPANY, LLC | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******8100 Checking |
| Taxpayer ID #: | **-***6802 | Blanket Bond (per case limit): | $60,956,170.00 |
| For Period Ending: | 02/27/2019 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Commissioner of State Lands 2013-2016 -$6,939.00 | 4700-000 | | | 231,509.66 |
| | | | State Deed Stamps -$412.50 | 2500-000 | | | 231,509.66 |
| | | | Real Estate Commission to Andy Lunsford -$15,000.00 | 3510-000 | | | 231,509.66 |
| | | | Closing Costs -$2,229.93 | 2500-000 | | | 231,509.66 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 54.15 | 231,455.51 |
| 11/07/17 | | Pine Bluff Title | 2786 Nestlewood. Report of Sale Doc 84 | | 223,357.05 | | 454,812.56 |
| | {6} | Pine Bluff Title | 2786 Nestlewood $250,000.00 | 1210-000 | | | 454,812.56 |
| | | | Realtor's commission -$15,000.00 | 3510-000 | | | 454,812.56 |
| | | | Delinquent property taxes -$7,959.24 | 4700-000 | | | 454,812.56 |
| | | | Pro rata real estate taxes -$2,637.42 | 2820-000 | | | 454,812.56 |
| | | | Closing costs -$1,046.29 | 2500-000 | | | 454,812.56 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 579.21 | 454,233.35 |
| 12/25/17 | 104 | Streetman, Meeks & Gibson PLLC | Attorney Fees and Expenses | | | 94,358.70 | 359,874.65 |
| | | | Attorney Fees $86,518.75 | 3210-600 | | | 359,874.65 |
| | | | Attorney Expenses $7,839.95 | 3220-610 | | | 359,874.65 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 631.57 | 359,243.08 |
| 01/07/18 | | Pine Bluff Title | 2204 Meadowpond. Report of Sale Doc 91 | | 135,750.93 | | 494,994.01 |
| | {7} | Pine Bluff Title | 2204 Meadowpond $150,000.00 | 1210-000 | | | 494,994.01 |
| | | | Realtor's commission | 3510-000 | | | 494,994.01 |

Page Subtotals: $359,107.98    $95,623.63

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 5:16-bk-10472-T | Trustee Name: | Renee S. Williams (250080) |
|---|---|---|---|
| Case Name: | MAPLE RIDGE FARMING COMPANY, LLC | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******8100 Checking |
| Taxpayer ID #: | **-***6802 | Blanket Bond (per case limit): | $60,956,170.00 |
| For Period Ending: | 02/27/2019 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | -$9,000.00 | | | | |
| | | | Delinquent property taxes -$2,025.39 | 4700-000 | | | 494,994.01 |
| | | | Pro rata real estate taxes -$1,783.39 | 2820-000 | | | 494,994.01 |
| | | | Closing costs -$1,440.29 | 2500-000 | | | 494,994.01 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 749.75 | 494,244.26 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 663.50 | 493,580.76 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 709.94 | 492,870.82 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 685.29 | 492,185.53 |
| 05/16/18 | {2} | Estate of James and Lynzie Towe | Estate of James and Lynzie Towe | 1141-000 | 23.96 | | 492,209.49 |
| 05/16/18 | {2} | Estate of Stephen and Lydia Towe | Estate of Stephen and Lydia Towe | 1141-000 | 16.27 | | 492,225.76 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 778.82 | 491,446.94 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 683.31 | 490,763.63 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 752.95 | 490,010.68 |
| 08/27/18 | 105 | Renee S. Williams | Bond | 2300-000 | | 277.72 | 489,732.96 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 728.30 | 489,004.66 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 375.26 | 488,629.40 |
| 10/01/18 | 106 | Tom Ed Simmons | Accounting fees | 3410-000 | | 300.00 | 488,329.40 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 441.59 | 487,887.81 |
| 11/09/18 | 107 | Scott Petroleum Corporation | Payment pursuant to settlement (Doc # 113 and #115) | 4120-000 | | 350,000.00 | 137,887.81 |
| 12/07/18 | 108 | Renee S. Williams | Approved Doc # 120, Application Doc #117 | 3110-000 | | 6,902.50 | 130,985.31 |
| 01/07/19 | 109 | United States Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $176.00; Claim # BKCTYCT1; Filed: $176.00 | 2700-000 | | 176.00 | 130,809.31 |
| 01/07/19 | 110 | United States Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $350.00; Claim | 2700-000 | | 350.00 | 130,459.31 |
| | | | Page Subtotals: | | $40.23 | $364,574.93 | |

{ } Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9
Page: 4

| Case No.: | 5:16-bk-10472-T | Trustee Name: | Renee S. Williams (250080) |
|---|---|---|---|
| Case Name: | MAPLE RIDGE FARMING COMPANY, LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6802 | Account #: | ******8100 Checking |
| For Period Ending: | 02/27/2019 | Blanket Bond (per case limit): | $60,956,170.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | # BKCTYCT2; Filed: $350.00 | | | | |
| 01/07/19 | 111 | United States Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $176.00; Claim # BKCTYCT3; Filed: $176.00 | 2700-000 | | 176.00 | 130,283.31 |
| 01/07/19 | 112 | United States Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $176.00; Claim # BKCTYCT4; Filed: $176.00 | 2700-000 | | 176.00 | 130,107.31 |
| 01/07/19 | 113 | Renee S. Williams | Distribution payment - Dividend paid at 100.00% of $36,227.01; Claim # FEE; Filed: $36,227.01 | 2100-000 | | 36,227.01 | 93,880.30 |
| 01/07/19 | 114 | Renee S. Williams | Distribution payment - Dividend paid at 100.00% of $3,521.00; Claim # TE; Filed: $3,521.00 | 2200-000 | | 3,521.00 | 90,359.30 |
| 01/07/19 | 115 | AgCountry Farm Credit Services, PCA | Distribution payment - Dividend paid at 6.99% of $501,645.74; Claim # 1; Filed: $501,645.74 | 4120-000 | | 35,085.50 | 55,273.80 |
| 01/07/19 | 116 | Farm Brothers Flyers A, LLC | Distribution payment - Dividend paid at 6.99% of $110,492.82; Claim # 32; Filed: $110,492.82 | 4120-000 | | 7,727.95 | 47,545.85 |
| 01/07/19 | 117 | Crop Production Services, Inc c/o Dulan D. Elder | Distribution payment - Dividend paid at 6.99% of $679,801.61; Claim # 35; Filed: $679,801.61 Voided on 01/09/2019 | 4120-000 | | 47,545.85 | 0.00 |
| 01/09/19 | 117 | Crop Production Services, Inc c/o Dulan D. Elder | Distribution payment - Dividend paid at 6.99% of $679,801.61; Claim # 35; Filed: $679,801.61 Voided on 01/09/2019 | 4120-000 | | -47,545.85 | 47,545.85 |
| 01/09/19 | 118 | Nutrien/CPS | Distribution payment - Dividend paid at 6.99% of $679,801.61; Claim # 35; Filed: $679,801.61 | 4120-000 | | 47,545.85 | 0.00 |
| | | **COLUMN TOTALS** | | | 592,885.36 | 592,885.36 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 592,885.36 | 592,885.36 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$592,885.36** | **$592,885.36** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| Case No.: | 5:16-bk-10472-T | Trustee Name: | Renee S. Williams (250080) |
|---|---|---|---|
| Case Name: | MAPLE RIDGE FARMING COMPANY, LLC | Bank Name: | Metropolitan Commercial Bank |
| | | Account #: | ******9948 Checking Account |
| Taxpayer ID #: | **-***6802 | Blanket Bond (per case limit): | $60,956,170.00 |
| For Period Ending: | 02/27/2019 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | | | | | |

**(No transactions on file for this period)**

| | | | |
|---|---:|---:|---:|
| **COLUMN TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

# Form 2

# Cash Receipts And Disbursements Record

Exhibit 9
Page: 6

| | |
|---|---|
| **Case No.:** 5:16-bk-10472-T | **Trustee Name:** Renee S. Williams (250080) |
| **Case Name:** MAPLE RIDGE FARMING COMPANY, LLC | **Bank Name:** Metropolitan Commercial Bank |
| **Taxpayer ID #:** **-***6802 | **Account #:** ******9948 Checking Account |
| **For Period Ending:** 02/27/2019 | **Blanket Bond (per case limit):** $60,956,170.00 |
| | **Separate Bond (if applicable):** N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8100 Checking | $592,885.36 | $592,885.36 | $0.00 |
| ******9948 Checking Account | $0.00 | $0.00 | $0.00 |
| | $592,885.36 | $592,885.36 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)